```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

SYNERGETICS, INC.,                  )
                                    )
          Plaintiff,                )
                                    )
     v.                             )    No. 4:04 CV 318 DDN
                                    )
CHARLES RICHARD HURST, JR.,         )
and MICHAEL McGOWAN,                )
                                    )
          Defendants.               )
```

## ORDER

**IT IS HEREBY ORDERED** that a telephone status conference of the court with counsel for the parties is scheduled for Friday, January 26, 2007, at 9:00 a.m.

                                                /S/ David D. Noce
                                           **DAVID D. NOCE**
                                           **UNITED STATES MAGISTRATE JUDGE**

Signed on January 24, 2007.