```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

SYNERGETICS, INC.,             )
                               )
            Plaintiff,         )
                               )
       v.                      )    No. 4:04 CV 318 DDN
                               )
CHARLES RICHARD HURST, JR.,    )
and MICHAEL McGOWAN,           )
                               )
            Defendants.        )

## ORDER

For the reasons set forth on the record in open court on January 26, 2007,

**IT IS HEREBY ORDERED** that the undersigned United States Magistrate Judge is disqualified from participation in this action. The Clerk shall reassign this action to another judge by the random selection process.

/S/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on January 26, 2007.