UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SYNERGETICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:04CV318 CDP |
| | ) |
| CHARLES HURST, JR., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before me on the motion to withdraw filed by defense counsel Allen Press. Because new counsel has entered an appearance on behalf of defendants, I will grant the motion. However, in reviewing the docket sheet I note that Dutro E. Campbell, II and Gregory Upchurch from the law firm of Husch and Eppenberger, LLC are still shown as attorneys of record for defendants. If these attorneys do not intend to continue representing defendants in this matter, they should file motions to withdraw. Accordingly,

**IT IS HEREBY ORDERED** that the motion to withdraw [#265] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2007.